# CONTRACT SERVICES AGREEMENT

This Contract Services Agreement (this "Agreement") is entered into as of the 6 day of October, 2010 by and between Alpha-Tech Aviation Services, Inc. ("ALPHA-TECH") a Florida corporation with primary offices located at 5000 NW 36th St., Miami, FL 33122 and AAR Aircraft Services - Miami with offices located at Miami, FL ("Client").

## RECITALS

**WHEREAS,** ALPHA-TECH recruits and supplies a variety of personnel to customers who temporarily require additional manpower in their workforce to meet certain project demands.

**WHEREAS,** Client requires supplemental personnel and desires that ALPHA-TECH recruit candidates who meet the skillset criteria more fully described in Attachment A hereto.

**NOW, THEREFORE,** in consideration of the mutual promises contained in this Agreement, and of other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the parties agree as follows:

1. **Services Provided by ALPHA-TECH.** Subject to the terms of this Agreement, ALPHA-TECH shall recruit and supply to Client aircraft maintenance personnel or other non-supervisory personnel (hereinafter, the "Supplied Personnel") as Client may from time to time request. ALPHA-TECH hereby represents that the Supplied Personnel shall possess the skills more fully described in Attachment A hereto.

2. **Compensation and Status of Supplied Personnel; Specific Requirements.** ALPHA-TECH shall pay all compensation to the Supplied Personnel. ALPHA-TECH will determine, in its sole discretion, the wages and benefits provided to the Supplied Personnel. ALPHA-TECH will also withhold and remit all applicable payroll taxes with respect to such compensation, maintain worker's compensation insurance on the Supplied Personnel and administer all benefit programs which the Supplied Personnel may be eligible to participate in.

   (a) **Employee Status.** Supplied Personnel assigned to Client pursuant to this Agreement are solely the employees of ALPHA-TECH. The parties agree that ALPHA-TECH has control of the payment of wages to, and shall be considered the employer with respect to, Supplied Personnel for purposes of Section 340 1 (d) of the Internal Revenue Code. ALPHA-TECH operates as an independent contractor with respect to Client.

   (b) **Legal Compliance.** ALPHA-TECH assumes and retains sole and complete responsibility and liability for compliance with all applicable federal and state laws governing the employment relationship including without limitation those requiring payroll taxes and withholding and remitting obligations with respect to wages paid to Supplied Personnel. ALPHA-TECH assumes and retains responsibility for compliance with applicable worker's compensation requirements with respect to Supplied Personnel.

ALPHA-TECH will submit on a regular basis as reasonably requested by Client (i) evidence of maintenance of worker's compensation insurance covering the Supplied Personnel and (ii) documentation demonstrating compliance with such federal, state or local statutes, including without limitation federal and state payroll tax returns, with respect to the Supplied Personnel.

(c) **Compliance with FAA Regulations.** In addition to the general compliance requirements described above, ALPHA-TECH shall comply with the FAA requirements described in this Section 2(c) as follows:

(i) **Criminal History Investigation.** ALPHA-TECH will comply with the regulations of the Federal Aviation Administration that require employment history; verification and criminal history records checks (14 CFR 3107.31, as amended). ALPHA-TECH will not provide as Supplied Personnel any employee of ALPHA-TECH who has not satisfactorily undergone Part 1 of an employment history investigation, and, if necessary Part 2 of the employment history investigation, as required by the FAA regulations.

(ii) **Antidrug and Alcohol Program.** In addition, ALPHA-TECH will comply with the regulations of the FAA providing for Antidrug and Alcohol Misuse Prevention Program for Personnel Engaged in Specified Aviation Activities (14 CFR, Parts 65,121 and 135 and 40 CFR part 40, as applicable, and as amended). ALPHA-TECH will ensure that Supplied Personnel are tested under the FAA's random drug and alcohol testing requirements in the same proportion that such workers constitute a percentage of ALPHA-TECH's total workforce. Client may have any ALPHA-TECH employee tested if Client has reason to suspect substance abuse as defined by the applicable federal regulations.

(iv) **Compliance Demonstration.** ALPHA-TECH will maintain records of compliance of its operations generally and Supplied Personnel specifically with the referenced FAA regulations. ALPHA-TECH will provide written copies of such reports and will provide them to Client within two business days upon request.

3. **Supervising the Supplied Personnel.** The Supplied Personnel will supplement, and be integrated with Client's regular workforce at Client's worksite. Client shall direct and instruct the Supplied Personnel as to the worksite rules, regulations and safety procedures and ensure the compliance of Supplied Personnel with them.

4. **Labor Rates, Fees and Charges.**

(a) For the service of recruiting and supplying the Supplied Personnel hereunder, ALPHA-TECH shall invoice Client at the hourly billing rates more fully described in Attachment A hereto, subject to the terms of this Agreement.

(b) Billing rates set forth in Attachment A to this Agreement include the cost of compensation and per diem as defined in Attachment A, Item 2 for all mandated federal and state unemployment insurance, social security contributions, other applicable payroll taxes, together with ALPHA-TECH' general and administrative expenses, including profit.

The billing rates listed in Attachment A do not include all state and local sales and use tax, which shall be charged separately and added to the invoice if required by the appropriate taxing authority. The labor rates listed in Attachment A do not include any provision for holiday pay or similar nonrecurring or special compensation for Supplied Personnel.

5. **Billing, Payment and Time Cards.** Client shall transmit the hours worked by Supplied Personnel to ALPHA-TECH no later than the close of business on each Monday; the hours transmitted shall represent work performed by Supplied Personnel during the immediately prior work week. Transmittal of such hours by Client shall be deemed Client's approval of such hours. Time cards shall be kept for one year from the date of transmittal by Client. Payment shall be made ALPHA-TECH net thirty (30) days from receipt of invoice.

6. **Liability and Indemnification.**

1. Client agrees to indemnify and hold ALPHA-TECH harmless against any and all losses, claims, damages, liabilities and expenses, including attorney's fees, arising in connection with and/or resulting from the recruitment and supply by ALPHA-TECH of the Supplied Personnel to Client under this Agreement as well as the services rendered by Supplied Personnel to Client.

7. **Insurance.**

    (a) **Required Insurance Coverages.** Each of Client and ALPHA-TECH shall, at their sole and exclusive cost and expense, provide and keep in force during the term of this Agreement the insurance coverages and specified minimum policy limits set forth below:

    (i) **ALPHA-TECH:**

    Workers Compensation statutory coverage as required by the laws of Florida.

    (ii) **CLIENT:**

    Commercial Aviation General Liability insurance with a minimum $1,000,000 combined single limit per occurrence and $1,000,000 single limit per aggregate.

8. **Termination of Agreement.** Either party may terminate this Agreement by providing ten (10) days prior written notice to the other party. Termination of this Agreement does not relieve either party of the responsibilities and obligations set forth herein prior to the termination date.

9. **Equal Employment Opportunity.** ALPHA-TECH is an Equal Employment Opportunity Employer and has a policy in force that provides employment, training, compensation, promotion and other conditions of employment without regard to race, color, religion, national origin, sex, marital or veteran status, age, or the presence of a non-job related handicap. ALPHA-TECH shall abide by this policy and all applicable law.

10. **Waiver.** The failure of either Client or ALPHA-TECH to enforce at any time, or from time to time, any provision of this Agreement shall not be construed as a waiver thereof.

11. **Amendment.** This Agreement may be amended only by a written agreement signed by both ALPHA-TECH and Client which expressly amends or supersedes this Agreement.

12. **Validity of Terms.** If any term or provision of this Agreement shall be held void, illegal, unenforceable or in conflict with any law of a federal, state or local government having jurisdiction over this Agreement, the validity of the remaining portions or provisions of this Agreement shall not be affected thereby.

13. **Choice of Law.** This Agreement shall be construed and interpreted solely in accordance with the laws of the State of Florida and the parties consent to the personal jurisdiction of all courts situated in Miami-Dade County, Florida.

14. **Notices.** Any notice, request, demand or other communication required or permitted under this Agreement, except as specifically provided in Attachment A, shall be in writing and shall be delivered personally or sent by certified mail, return receipt requested, postage prepaid, or prepaid overnight courier to the parties at the addresses set forth below their names below (or at such other addresses as shall be specified by the parties by like notice).

If to ALPHA-TECH, to:
ALPHA-TECH Aviation Services, Inc.
Giovanni Brullo
Chief Executive Officer
750 SW 34th St. Suite 206
Fort Lauderdale, FL 33315
O: 305-871-5888 F: 305-871-5979

If to Client, to:
AAR, Inc.
Brian Loomer
General Manager
PO Box 52-2602
Miami, FL 33152
786-264-4226

Such notices, demands, claims and other communications shall be deemed given when actually received or (a) in the case of delivery by overnight service with guaranteed next day delivery, the next day or the day designated for delivery, or (b) in the case of certified U.S. mail, three days after deposit in the U.S. mail.

15. **Attachments.** Attachments are included as part of this Agreement by reference.

**IN WITNESS WHEREOF,** the parties hereto have caused this Agreement to be executed as of the day and year first above written.

ALPHA-TECH Aviation Services, Inc.
By: _____
Name: Guillermo Richardo
Title: President
Date: 10/4/10

AAR Aircraft Services - Miami
By: _____
Name: BRIAN LOOMER
Title: VP & GM
Date: 4-6-10

## ATTACHMENT A

## BILLING RATES, FEES & CHARGES

1. **General.** Billing rates, fees and charges shall be in accordance with the following information and shall remain in force until updated as mutually agreed in writing between the parties.

2. **Hourly Billing Rates - Straight Time, Overtime and Engine Change Rates**

| Supplied Personnel Classification | Straight Time | Overtime |
|---|---|---|
| Airframe and Powerplant Technician | $28.00 | $28.00 |
| Avionics Technicians | $28.00 | $28.00 |
| Interior Mechanics | $28.00 | $28.00 |
| Sheet Metal Technician | $28.00 | $28.00 |
| Project Manager | $32.00 | $32.00 |

| Aircraft Type | Engine change price* |
|---|---|
| Airbus 319,320,321 | $5,850.00 |
| Boeing 737 200 thru 800 | $5,900.00 |
| Boeing 757-200/300 | $6,500.00 |
| Boeing 767-200/300 | $6,500.00 |
| Boeing 747-200 thru 400 | $6,500.00 |

*No QEC or engine runs included in this price. If requested to perform, QEC or Engine Runs will be billed by the man-hour rates listed above.

3. **Aircraft Maintenance:** Alpha-Tech Aviation Services, Inc. will supply AAR with manpower to provide maintenance services at AAR's facilities at Miami International Airport (MIA).

4. **Limitation on Charges.** Notwithstanding the billing rate schedule provided above:

   ALPHA-TECH shall replace Supplied Personnel as necessary for the duration of the assignment. ALPHA-TECH shall not be reimbursed by Client for travel costs incurred by such Supplied Personnel.

ALPHA-TECH Aviation Services, Inc.
By: _____
Name: Guillermo Richardo
Title: President
Date: 10/4/10

AAR Aircraft Services - Miami
By: _____
Name: Brian Loomis
Title: VP & GM
Date: 10-6-10

# BILLING RATES, FEES & CHARGES

1. **General.** Billing rates, fees and charges shall be in accordance with the following information and shall remain in force until updated as mutually agreed in writing between the parties.

2. **Hourly Billing Rates - Straight Time, Overtime and Engine Change Rates**

| Supplied Personnel Classification | Straight Time | Overtime |
|---|---|---|
| Airframe and Powerplant Technician | $32.00 | $32.00 |
| Avionics Technicians | $32.00 | $32.00 |
| Interior Mechanics | $28.00 | $28.00 |
| Sheet Metal Technician | $32.00 | $32.00 |
| Cleaners | $20.00 | $20.00 |

3.

| Aircraft Type | Engine change price* |
|---|---|
| Airbus 319, 320, 321 | $5,850.00 |
| Boeing 737 200 thru 800 | $5,900.00 |
| Boeing 757-200/300 | $6,500.00 |
| Boeing 767-200/300 | $6,500.00 |
| Boeing 747-200 thru 400 | $6,500.00 |

*No QEC or engine runs included in this price. If requested to perform, QEC or Engine Runs will be billed by the man-hour rates listed above.

3. **Aircraft Maintenance:** Alpha-Tech Aviation Services, Inc. will supply AAR with manpower to provide maintenance services at AAR's facilities at Miami International Airport (MIA).

4. **Limitation on Charges.** Notwithstanding the billing rate schedule provided above: ALPHA-TECH shall replace Supplied Personnel as necessary for the duration of the assignment. ALPHA-TECH shall not be reimbursed by Client for travel costs incurred by such Supplied Personnel.

ALPHA-TECH Aviation Services, Inc.
By: _____
Name: Giovanni Brullo
Title: CEO
Date: 1-18-13

AAR Aircraft Services - Miami
By: _____
Name: BRIAN Loomd
Title: VP & GM
Date: 1-18-2013