

**ALPHA-TECH Aviation Services, Inc.**
5000 NW 36th St. Suite 232
Miami, FL 33122
Phone: (305) 871-5888
Fax: (305) 871-5979
gbrullo@alphatechaviation.com
gpichardo@alphatechaviation.com

FAA Approved Line Maintenance Repair Station No. J6ZR311Y

# VENDOR MAINTENANCE AGREEMENT ENDORSEMENT: 1

THIS AGREEMENT made and entered into this __9__ th day of ~~FEB/04~~ by and between Falcon Air, having its principal _____ place of business at: __2601 NW 105 avenue, Miami, Fl__ (hereinafter referred to as "customer") and Alpha-Tech Aviation Services, Inc. a corporation having its principal of business at 5600 NW 36th St., Miami, FL 33122, (Hereinafter referred to as "Vendor").

- WHEREAS, Alpha-Tech Aviation Services, Inc. operates an aviation service/maintenance organization and ground facilities MIA (hereinafter sometimes referred to as the "Airports"). At which services are to rendered pursuant to this Agreement; and,

- WHEREAS, Customer operates air transportation services and in connection therewith, may require aircraft maintenance at the Airports, as is hereinafter more fully set forth; and,

- WHEREAS, Customer desires to have Vendor furnish certain maintenance support and Vendor is willing to furnish such services upon terms and conditions hereinafter set forth;

- NOW, THEREFORE, in consideration of the mutual promises and covenants hereinafter set forth, the parties hereto agree as follow:

## I. SCOPE OF AGREEMENT

A. Vendor agrees to furnish to Customer the services and materials as requested and Customer agrees, exclusive basis, to utilize Vendor to furnish such services and materials during the terms of this Agreement. Customer agrees to pay for all such services and materials furnished or made available by Vendor at the rates, charges and payments terms set forth in Endorsement No. 2.

Initials: _____ /Carrier _____

1. During the term of this Agreement, Vendor agrees, subject to the capability of personal, to furnish additional services and materials outside the scope of this agreement upon such terms and conditions and rates of payment as are agreed to by the parties in writing. Unless otherwise provided, the same rates and payment terms as are specified in Endorsement No. 2 shall be applicable.

2. Vendor shall not be required to furnish any services or materials unless the same shall be specified by Customer or an authorized Customer representative. All services and materials supplied or made available to or for the account of Customer during the term of this Agreement by Vendor shall be deemed supplied or made available pursuant to this Agreement.

B. Carrier shall make available to Vendor at carrier's airport offices or work location current technical data, including Customer's FAA approved manuals, microfilms and work sheets as required by Vendor to perform designated services. Vendor shall be entitled to rely upon the same provided by Customer as being correct, current and applicable to the equipment to which the same has reference.

C. Carrier shall, at its own cost and expense, provide to Handling Company all initial and recurrent training deemed necessary and/or required for Handling Company to perform its duties pursuant to this agreement, including, Student's cost shall fall onto the Handling Company.

II. **TESTING FOR PROHIBITED DRUGS**

A. The vendor warrant that is has established and maintains an employee FAA Anti-drug Plan/Alcohol Misuse Prevention Program Certification Statement (AMPP) drug-testing, which conforms to the requirement of FAR 121.457.

B. Prior to the commencement of this Agreement, Vendor agrees to provide to Customer a copy of the FAA Anti-drug Plan/Alcohol Misuse Prevention Program Certification Statement (AMPP) letter-approving vendor's anti-drug plan.

C. Vendor agrees to immediately notify Customer should the FAA for any reason disapprove or withdraw its approval of Vendor's Anti-Drug Plan.

D. Vendor agrees that its indemnification obligations under Section IV shall include any claims by Customer resulting for FAA fines of customer as a direct result of vendor failure to maintain an approved FAA Anti-drug Plan/Alcohol misuses Prevention Certification Statement (AMPP).

Initials: *Cal* /Carrie

## III. WARRANTY

A. Vendor warrants that workmanship on the part of Vendors shall conform to accepted industry practices as prescribed by applicable FAA regulations and applicable manufactures' specifications. Vendor here by represents and warrants that it:

1. Is not subject to any restrictions, whatsoever which would prevent it from entering into or carrying out the provisions of this Agreement?

2. Possesses all licenses, permit, approvals, and other certification necessary and required for performing the services pursuant to this Agreement.

3. Alpha-Tech Aviation Services, Inc. personnel prior to hiring or if applicable re-hire will, query the FAA and determine that the employee performing services pursuant to this Agreement is accurate. Evidence of that verification must be maintained for two years and made available to Customer upon request.

4. Possesses the proper skills, training, experience and background so as to be able to perform this Agreement in a competent professional manner.

5. Has full authority to enter into this Agreement and consummate the transactions contemplated hereby?

6. Vendor warrants that the services, and any and all parts or equipment delivered by vendor hereunder, shall meet or exceed industry standards.

## IV. INSURANCE

o Vendor agrees to maintain in full force and effect of the following insurance coverage's:

1. Worker's compensation and Occupational Disease Insurance subject to the laws of the applicable jurisdictions(s). Such coverage shall include Employers Liability, up to a limit of at least USD 1,000,000.00 (one million).

2. Comprehensive Aviation Liability insurance with limits not less that USD $5,000,000 (Five Million) combined single limit per occurrence. Such insurance shall include personal injury; product/completed operation liability, and Customer shall be named as an additional insured.

Initials: _GL_ /Carrie_

3. Prior to commencement of this Agreement, Certificates of Insurance shall be delivered to Customer evidencing compliance with the insurance terms of this Agreement. All of the above insurance shall be written through a company or companies satisfactory to customer, and the Certificates of insurance shall be type that unconditionally obligates the usurer to notify Customer in writing at least thirty (30) days in advance of effective date in the event of any adverse material charge in, non-renewal or cancellation of such insurance.

4. The above listed insurance policies are to be carried by one or more insurance companies reasonably approved by Customer. Customer to be named as additional insured under the insurance policies listed above, but solely with respect to those matters for which Vendor is required to provide indemnification under this Agreement. Vendor shall furnish Customer with certificates of insurance with 30 days of signing of the Agreement, and upon renewals of such policies. All policies obtained pursuant hereto shall be in form and content and written by insures carrier's rights of subrogation (excepting Workers Compensation) against Customer and/or its insurance carrier.

5. Indemnification of Liability. Client agrees to indemnify and hold harmless Alpha-Tech Aviation and Employees against any and all losses, claims, damages, liabilities and expenses, including attorney's fees, arising in connection with and/or resulting from the services rendered by Alpha-Tech Aviation Services, Inc. Employees for Client; provided, however, that Client will not be able to hold Alpha-Tech Aviation or an Employee responsible in any case to the extent that any such loss, claim, damage or liability results from the gross negligence and/or intentional misconduct of the Employee.

V. **ENDORSEMENTS**

A. The failure of either party to enforce any term of this Agreement shall not be deemed to void or affect the right of such party to enforce the same or any term of this Agreement.

B. An Endorsement No. 2, is annexed to this Agreement, and is incorporated herein with the same force and effect as if fully set forth herein at length. All defined terms used in the Endorsements shall have the same meaning when so used as when used in the agreement.

C. ATTORNEY'S FEES. If any legal action is brought to enforce of interpret this Agreement or any provision thereof, the prevailing party will be entitled to reasonable attorney's fees.

Initials: _CL_ /Carrier _N_

## VI. NOTICES

Notices and other communication given hereunder, shall be in writing and deemed to have been adequately given and delivered when received by the party, at which such notice shall be given after the same shall have been deposited by way of mail registered, with airmail postage prepaid, or deposited with a telegraphic or cable agency, telex by way of or SITA communications transmitter, for immediate transmission, and addressed, if to Customer, to:

*Falcon Air*
*2601 NW 105 qum*
*Miami, FL 33172*

And if Alpha-Tech Aviation to:
750 SW 34th St.
Suite 206
Miami, FL 33315
Fax: 305-871-5979

Or to such other addresses as the parties hereto shall from time to time designate in writing to the other party.

## VII. SEVERABILITY

A. In the event that any provision of this Agreement should, for any reason, be held invalid, ineffective, unenforceable or contrary to public policy, the remainder of this Agreement shall remain in full force and effect notwithstanding.

B. The parties also agree to promptly replace the invalid, unenforceable, or illegal provision, or portion thereof, with a substitute provision that will satisfy the intent of the parties.

## VIII. ENTIRE AGREEMENT

o This Agreement embodies the entire agreement with the competent understanding of the parties, as of its effective date. This agreement terminates and supersedes all prior and/or independent Agreement with understanding between the parties covering the same subject matter. This Agreement shall not be changed or amended without prior consent by both authorized officers of the parties hereto. This section contained herein, is for convenience and reference, and is not intended to define or limit the scope of any provisions of this Agreement.

Initials: _____ /Carrier _____

## IX. DEFAULT

A. If Vendor shall for any reason fail to perform any of the terms herein contained on its part to be performed and such failure shall continue for a period of Thirty days after actual notice to Vendor by Customer thereof, Customer shall have the right, in addition to any other rights or remedies it may possess, to terminate this Agreement immediately upon written notice.

B. If Customer shall for any reason fail to perform any of the terms herein contained on its part to be performed and such failure shall continue for a period of Thirty days after actual notice to Customer by Vendor thereof, Vendor shall have the right, in addition to any other rights or remedies it may possess, to terminate the Agreement immediately upon written notice.

## X. ASSIGNMENT

A. This Agreement shall be binding upon and inure to the benefit of the parties hereto, their respective successors, assigns and legal representatives, except that the rights and obligations of Vendor created hereunder shall not be assignable or delegatable without the prior written consent of Customer.

## XI. GOVERNING LAW

A. This Agreement, and the rights and obligation created hereunder, shall be constructed in accordance with the laws of the State of Florida, regardless of the laws that might be applicable under principals of conflict of law. Client hereby consents to jurisdiction in the courts of the State of Florida.

## XII. TERM OF AGREEMENT

A. This Agreement shall become effective on ( 2/4/12 ) and shall continue in effect until terminated in writing by either party with (60) day's advance written notification.

## XIII. EQUAL OPPORTUNITY

Each party agrees to comply with the provisions of Executive Order No. 11246, as amended from time to time, to the extent not exempted from the provision thereof, and all other federal and state laws concerning discrimination in hiring and employment.

Initials: _____ /Carrier _____

## XIV. CONFIDENTIALITY

### A. CONFIDENTIAL INFORMATION.

Except otherwise provided in this Agreement, the parties agree that any confidential information communicated to one by other or the other's representatives, whether before or after the date of this Agreement, will be received in strict confidence ("Confidential Information"), will be used only for purpose of this Agreement and will for the longer of three(3) years from the date of this Agreement or the initial disclosure of such Confidential Information, not be disclosed by the receiving party, its officer, director, agents or employees (collectively herein, the "Recipient"), without the prior written consent of the other party.

IN WITNESS WHEREOF, the parties hereto do hereby execute this Agreement on the day and year first above written.

Alpha-Tech Aviation Services, Inc.
BY: _____
_____
Guillermo Richards
President

Signed the 9 day of Feb 2012

Falcon Air
BY: _____
Nelson Nunez
_____

signed the 7 day of February 2012

Initials: GR /Carrier _____



52-106

# VENDOR MAINTENANCE SUPPORT AGREEMENT

## ENDORSEMENT: 2

### Schedule of Rates and Charges and Invoices

1. Maintenance Services and Charges:
   Services and charges shall be as follows:

Alpha-Tech Aviation Services, Inc. will provide:

   A. Qualified A&P Mechanics $40.00 per man-hour, 4 hours minimum
   B. Sheet metal and Composite Work $50.00 per man-hour
   C. Specialized Avionics Technicians $50.00 per man-hour

## SCOPE OF WORK

**Laser Airlines Maintenance will assign the man-power to appropriate work-site.**

- Materials cost And Storage + 15%

- Alpha-Tech will invoice biweekly.

- Terms of payments. 30 days from date of invoice. Pay in full.

- PAST DUE ACCOUNTS. Client agrees to pay interest at the maximum allowable rate on the unpaid principal amount of all past due accounts. In addition, if a client defaults in the payments of any Invoice hereunder, or of, in Alpha-Tech Aviation opinion, Client becomes impaired, Alpha-Tech Aviation will have the right to require payment for any further Personal service under this agreement on such terms, as it may deem appropriate. Finally, client hereby agrees to pay Alpha-Tech Aviation for all expenses it may incur to enforce collection of any pay reasonable attorney's fees and court and/or arbitration costs, if any, incurred in such collection.

Initials: _CA_ /Carrier

2. Any change to the above Maintenance Services and Charges must be negotiated, communicated and accepted in writing by both parties, prior to any rate change and will be renegotiated in six months from date of this Agreement.

3. Training will be provided by Customer free of charge at the start of service, contract or change in aircraft type service into the station. Vendor-designated trainer will be trained by Customer who will be responsible for training new hires and replacement during the contract period. Vendor training records will be maintained by the vendor and communicated to the Customer. If more designated trainers or replacement need to be trained to support the contract after the initial complimentary training will be charge at straight time.

Submit original invoices to:



TBD Falcon Air
2601 NW 105 ____
Miami, FL 33172

**Taxes** Falcon Airs shall be responsible for and shall remit to contractor all applicable sales or other taxes. The charges listed on Endorsement # 1 shall list such taxes. All licenses, permits and fees imposed upon contractor in order to perform hereunder shall be the responsibility of Contractor.

**CONFIDENTIAL INFORMATION**

Except otherwise provided in this Agreement, the parties agree that any confidential information communicated to one by other or the other's representatives, whether before or after the date of this Agreement, will be received in strict confidence ("Confidential Information"), will be used only for purpose of this Agreement and will for the direction of three(3) years from the date of this Agreement or the initial disclosure of such Confidential Information, not be disclosed by the receiving party, its officer, director, agents or employees (collectively herein, the "Recipient"), without the prior written consent of the other party.

**EQUAL OPPORTUNITY:** Each party agrees to comply with the provisions of Executive Order No. 11246, as amended from time to time, to the extent not exempted from the provision thereof, and all other federal and state laws concerning discrimination in hiring and employment.

**ATTORNEY'S FEES:** If any legal action is brought to enforce or interpret this Agreement or any provision thereof, the prevailing party will be entitled to reasonable attorney's fees.

Initials: ____ /Carrier ____